December 19, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

TEXAS DEPARTMENT OF CRIMINAL JUSTICE, Appellant

NO. 14-13-00985-CV                              V.

BRIAN EDWARD FRANKLIN, Appellee

_____

Today the Court heard appellant's motion to dismiss the appeal from the order signed by the court below on October 29, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that each party shall pay its costs by reason of this appeal.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.